Randall Douglas **WRIGHT,**
Plaintiff–Appellant,

v.

**DUKE POWER COMPANY; Jefferson–Pilot Insurance Company,**
Defendants–Appellees.

No. 03–1345.

United States Court of Appeals,
Fourth Circuit.

Submitted July 23, 2003.

Decided Oct. 6, 2003.

Randall Douglas Wright, Appellant Pro Se. Stacy Kaplan Wood, Parker, Poe,

Adams & Bernstein, L.L.P., Charlotte, North Carolina; Thomas Drake Garlitz, Garlitz & Williamson, P.L.L.C., Charlotte, North Carolina, for Appellees.

Before LUTTIG, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Randall Douglas Wright appeals the district court's orders granting summary judgment in favor of the Appellees. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wright v. Duke Power Company,* No. CA–01–264 (W.D.N.C. Mar. 3, 2003, Mar. 5, 2003, Mar. 6, 2003 & Mar. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*